# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC DIAZ,** | : | |
|     **Petitioner** | : | |
| | : | No. 1:21-cv-1145 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN BRIGGS,** | : | |
|     **Respondent** | : | |

## ORDER

**AND NOW**, on this 25th day of August 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. Petitioner's motion for summary judgment (Doc. No. 2) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                               s/ Sylvia H. Rambo
                                               United States District Judge