# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC DIAZ,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:21-cv-1145** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **WARDEN BRIGGS,** | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, on this 28th day of September 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Petitioner's motion for reconsideration is **DENIED**. This case shall remain closed in accordance with the Court's prior memorandum and order.

s/ Sylvia H. Rambo
United States District Judge